UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
DEC 17 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY CLERK

Jonathan Lee Riches©,
Plaintiff

CIVIL NO: 2:07CV2715 LKK DAD

v.

Termini BROS BAKERY; www.Termini.com; Anthony TRAVIA SR,
Defendants

Complaint

**42 USC 1983 / Violation of TRANS FAT BAN / Avoiding TAXES**

Comes Now the Plaintiff, Jonathan Lee Riches©, in-pro-se, moves under 42 USC 1983. Plaintiff seeks $25 million and a Restraining order Against Defendants violating Philadelphia's trans fat Ban. Termini Bros Bakery is involved with Liberals from California, sending cakes and pies to California Congressmen, using Ingredients in the cakes that have oxycontin. Termini does not take trans fat out of their ingredients in violation of city Law. Termini avoids prosecution because he gives Kickbacks to Vincent Fumo, Councilman Dicicco and Mayor John Street. Termini has illegal immigrants working for them and pays them under the table to avoid TAXES. Termini was the Zodiac Killer before baking. Termini and TRAVIA has been violating my civil Rights at FCI Williamsburg. Threatens to throw pies in my face, and strap me to a gurney and force feed me 10,000 calories every 3 hours through a Shiavo feeding tube of Liquid Hydrogene and Alpo. I'm in Solitary. Termini uses his business money to support Hamas in the gaza strip. Termini is in violation of the trading with Enemy Act. I'm Scared of Termini, I saw him beat kids. Termini was a Broad St. Bully.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully
Submitted
Jonathan Lee Riches©

(PC) Riches v. Termini Bros Bakery et al    Doc. 1